Edward C. JONES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42694.

Missouri Court of Appeals,
Western District.

July 17, 1990.

John A. Klosterman, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).